**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Voltage Holdings, LLC; Voltage Pictures, LLC; After Productions, LLC; After II Movie, LLC; After We Fell Productions, LTD; Venice PI, LLC; Bedeviled LLC; Colossal Movie Productions, LLC; Dallas Buyers Club, LLC; YAR Productions Inc.; Wonder One, LLC; REP PRODUCTIONS 12 LTD; Fun Mom Dinner, LLC; Chase Film Nevada LLC; H Films, Inc.; Ammo Entertainment, LLC; SF Film, LLC; MON, LLC; Goldenrod Holdings, LLC; and Rep Productions Scandi Ltd.<br><br>Plaintiffs,<br><br>   v.<br><br>Comcast Cable Communications, LLC<br><br>Defendant. | Case No. 2:22-cv-03659 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Under Rule 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss without prejudice all claims against Comcast Cable Communications, LLC.  Defendant has not filed an answer or motion for summary judgment in this case.

September 16, 2022                        Respectfully submitted by,

                                         *s/ Jeremy E. Abay*
                                        Jeremy E. Abay (PA Bar No. 316730)
                                        **PIETRAGALLO GORDON ALFANO**
                                        **BOSICK & RASPANTI, LLP**
                                        1818 Market Street, Suite 3402
                                        Philadelphia, PA 19103
                                        (215) 988-1462
                                        jea@pietragallo.com

                                        *Counsel for Plaintiffs*